WOLKERS, PETICIONARIA, *v.* HON. J. TEXIDOR, JUEZ DE LA CORTE
DE DISTRITO DE SAN JUAN, DEMANDADO.

SOLICITUD para que se expida auto de *certiorari* contra el
Juez de la Corte de Distrito de San Juan, Sección Primera, en un pleito sobre alimentos provisionales.

No. 238.—Resuelto en marzo 31, 1919.

Resuelto por los fundamentos del caso No. 1875, *Walkers* v. *Masson,* de marzo
31, 1919, (pág. 278).

Abogados de la peticionaria: *Sres. José Martínez Dávila
y Enrique Campillo.*

El juez demandado no compareció.

*Anuladas las órdenes de octubre 29, 1917 y
septiembre 16, 1918 de la Corte de Distrito.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.